[Civ. No. 6238. First Appellate District, Division One.—April 13, 1928.]

WALTER L. HOGAN et al., Appellants, v. WILLIAM A. HORSFALL et al., Respondents.

J. L. Smith and Herbert V. Keeling for Appellants.

Alan H. Critcher for Respondents.

TYLER, P. J.—This is an appeal from an order denying an injunction *pendente lite* and vacating a restraining order made in the above-entitled action.

Upon the authority of *Hogan et al.* v. *Horsfall et al., ante,* p. 37 [266 Pac. 1002], the orders are affirmed.

Knight, J., and Cashin, J., concurred.